UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| New Century Foundation,<br><br>      Plaintiff,<br><br>v.<br><br>The United States Small Business Administration; Isabel Casillas Guzman, in her official capacity as Administrator of the Small Business Administration,<br><br>      Defendants. | Case No. 1:24-CV-01612 |

**NOTICE OF ERROR**

Plaintiff New Century Foundation ("NCF"), by its counsel, states as follows:

1. On May 31, 2024, NCF, by its counsel, filed its complaint in this matter.

2. On June 4, 2024, the clerk's office issued a Notice of New Case Error, indicating the complaint's failure to comply with LCvR5.1(c).

3. NCF's counsel was out of the United States at this time and unable to immediately correct the error.

4. On June 11. 2024, the clerk's office issued a second notice regarding the same error.

5. NCF's counsel has now returned to the United States and files this Notice of Error, attaching (as Attachment 1) a corrected version of the first page of NCF's complaint.

>Respectfully Submitted,
>
>/s/
>
>Glen K. Allen, Esq.
>5423 Springlake Way
>Baltimore, MD 21212
>D.C. Bar. No. 1013290