UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| New Century Foundation,<br>P.O. Box 3336, Lynchburg,<br>Virginia 24503,<br><br>      Plaintiff,<br><br>v.<br><br>The United States Small Business<br>Administration;<br><br>409 3rd St. SW, Washington, DC, 20146.<br><br><br>Isabel Casillas Guzman, in her official<br>capacity as Administrator of the Small<br>Business Administration,<br><br>409 3rd St. SW, Washington, DC, 20146.<br><br>      Defendants. | Case No. 1:24-cv-01612 |

## COMPLAINT

Plaintiff New Century Foundation alleges as follows:

### INTRODUCTION

1.    Plaintiff New Century Foundation ("NCF") respectfully asks the Court to hold unlawful and set aside the decision of defendant Small Business Administration ("SBA") and its Administrator, denying forgiveness of a loan obtained by NCF under the Paycheck Protection Program ("PPP") established by the Coronavirus Aid, Relief and Economic Security Act (the "CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020). NCF further requests that this Court enter declaratory and injunctive relief, finding that NCF is entitled

1

to forgiveness of its PPP loan and directing SBA to grant such forgiveness and cease any further collection efforts on NCF's loan. NCF also requests that this Court find that SBA's position in this matter is not substantially justified, and grant an award of costs and