UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| New Century Foundation, P.O. Box 3336, Lynchburg, Virginia 24503,<br><br>      Plaintiff,<br><br>v.<br><br>The United States Small Business Administration; Isabel Casillas Guzman, in her official capacity as Administrator of the Small Business Administration, 409 3rd St. SW, Washington, DC, 20146.<br><br>      Defendants. | Case No. 1:24-cv-01612 |

**MOTION FOR *PRO HAC VICE* ADMISSION**

**MAY IT PLEASE THE COURT**:

In accordance with LCvR 83.2 governing Non-Member Attorneys of the United States District Court of the District of Columbia, the undersigned, Glen Allen, counsel for the Plaintiff, New Century Foundation, a member of the Bar of the District of Columbia in good standing in this Court, respectfully requests this Court to permit Charles H. Kennedy to appear and participate *pro hac vice* as additional counsel on behalf of the Plaintiff.

Mr. Kennedy is a licensed attorney admitted to practice in the District of Columbia. Mr. Kennedy's practice is located at 1050 30th Street, NW, Washington DC 20007. Mr. Kennedy is a member in good standing with the Bar of the District of Columbia.

Pursuant to LDvR 83.2, the Declaration of Charles H. Kennedy is attached hereto in support of this motion as Exhibit "A". The Declaration states that Charles H. Kennedy is a

member in good standing with the Bar of the District of Columbia, the United States Supreme Court and the United States Court of Appeals for the District of Columbia Circuit.

Also, pursuant to LCvR 83.2, a Certificate of Good Standing from the District of Columbia Court of Appeals is attached to Mr. Kennedy's Declaration verifying that Charles H. Kennedy is admitted to practice in that Court and is in good standing therein.

**WHEREFORE,** Glen Allen, counsel of Record for Plaintiff, New Century Foundation, in this case and a member of good standing, prays that this Court enter an Order permitting Charles H. Kennedy to appear *pro hac vice* as counsel on behalf of Plaintiff, New Century Foundation, in the above captioned matter.

Respectfully submitted  June 24, 2024.

/s/ Glen Allen
Glen Allen (D.C. Bar No. 1013290)
glenallenlaw@protonmail.com
5423 Springlake Way
Baltimore MD 21212
Phone: (410) 802-6453
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Glen Allen, hereby certify that on June 24, 2024, the foregoing has been filed via the CM/ECF system. This filing also was sent via electronic mail to the Counsel for the Defendants at the addresses set forth on the summons issued as to the Defendants.

*/s/* Glen Allen
Glen Allen
