UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| New Century Foundation, P.O. Box 3336, Lynchburg, Virginia 24503,<br><br>    Plaintiff,<br><br>v.<br><br>The United States Small Business Administration; Isabel Casillas Guzman, in her official capacity as Administrator of the Small Business Administration, 409 3rd St. SW, Washington, DC, 20146.<br><br>    Defendants. | Case No. 1:24-cv-01612 |

**EXHIBIT A TO MOTION OF GLEN ALLEN FOR *PRO HAC VICE* ADMISSION OF CHARLES H. KENNEDY**

**DECLARATION OF CHARLES H. KENNEDY**

CHARLES H. KENNEDY, applying for *pro hac vice* admission to this Court pursuant to LCvR 83.2(e), respectfully represents as follows:

1. Declarant maintains an office for the practice of law at 1050 30th Street NW, Washington, DC 20007. The Declarant's office telephone number is (202) 450-0708. Declarant is a member in good standing of the District of Columbia Bar.

2. Declarant took and passed the Illinois bar examination in July of 1976 and was admitted to practice in Illinois in October, 1976. Declarant took and passed the Arizona bar examination in July of 1985 and was admitted to the practice of law in Arizona in October, 1985. After his relocation to Washington, DC, Declarant took inactive status in, and later resigned from, the bars of Arizona and Illinois. Declarant was admitted to

practice in the District of Columbia on January 8, 1999. Declarant also is admitted to practice before the United States Supreme Court and the United States Court of Appeals for the District of Columbia Circuit. Declarant remains in good standing in those courts, and in the District of Columbia, as of the date of this Petition. A Certificate of Good Standing, issued by the District of Columbia Bar and the District of Columbia Court of Appeals, is attached to this Declaration as Exhibit A.

3. Declarant's fitness to practice law has not been challenged and no charges or complaints alleging improper professional conduct have ever been filed against him. To the best of Declarant's knowledge, no such charges or complaints are contemplated.

4. Declarant is familiar with and agrees to comply with the standards of professional conduct imposed upon members of the District of Columbia Bar, including the rules of court governing the conduct of attorneys and the disciplinary rules of the Code of Professional Responsibility.

5. Declarant agrees to be subject to the jurisdiction of this Court and the District of Columbia Courts with respect to any acts occurring during his participation in this matter.

6. Declarant has made no previous petitions to this Court for admission to practice *pro hac vice*, nor has Declarant ever applied for and been denied admission to the bar of any state.

WHEREFORE, Declarant respectfully requests that the Court admit Declarant *pro hac vice* for the purposes of this litigation as counsel for Plaintiff in this matter.

DATED: June 25, 2024

Charles H. Kennedy
D.C. Bar No. 41636

EXHIBIT A TO DECLARATION OF CHARLES H KENNEDY

Certificate of Good Standing of Charles H. Kennedy



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Charles H Kennedy

was duly qualified and admitted on January 8, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 28, 2024.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.