AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

New Century Foundation )
*Plaintiff* )
v. ) Case No. 1:24-cv-01612
United States Small Business Administration )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Century Foundation

Date: 07/01/2024

*Attorney's signature*

Charles H. Kennedy DC Bar No. 461636
*Printed name and bar number*
1050 30th Street NW, Washington DC 20007

*Address*

ckennedy@kennedyonprivacy.com
*E-mail address*

(202) 450-0708
*Telephone number*

*FAX number*