UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-1612 (TNM) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Bradley G. Silverman as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　By:　　/s/ Bradley G. Silverman
　　　　　　　　BRADLEY G. SILVERMAN
　　　　　　　　DC Bar #1531664
　　　　　　　　Assistant United States Attorney
　　　　　　　　601 D Street NW
　　　　　　　　Washington, DC 20530
　　　　　　　　(202) 252-2575
　　　　　　　　bradley.silverman@usdoj.gov

　　　　　　　　*Attorney for the United States of America*