UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 24-1612 (TNM) |

## <u>ANSWER</u>

Defendants Small Business Administration and Administrator Isabella Casillas Guzman, by and through undersigned counsel, respectfully responds as follows to the separately numbered paragraphs and prayer for relief in Plaintiff New Century Foundation's Complaint, ECF No. 1, in this case under the Administrative Procedure Act, 5 U.S.C. § 704.[1] Any allegations not specifically admitted, denied, or otherwise responded to below are denied. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their complete and accurate contents, but such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiff, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. For ease of reference, this Answer replicates the headings in the Complaint. While Defendants believe such headings require no response, to the extent a response is deemed required and those headings and titles could be construed to contain factual allegations, those allegations are denied.

---

[1]     Plaintiff effected service on the U.S. Attorney's Office on July 8, 2024, so Defendants' response deadline falls on September 6, 2024. *See* Fed. R. Civ. P. 12(a)(3); Ex. A, Summons.

## INTRODUCTION

1.      This paragraph consists of Plaintiff's characterization of this action and the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or any relief whatsoever.

2.      This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

## PARTIES

3.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.      Admitted.

5.      Defendants admit the first sentence of this paragraph. The second sentence consists of legal conclusions, which require no response.

## JURISDICTION AND VENUE

6.      This paragraph consists of legal conclusions, which require no response. To the extent that a response is required, Defendants admit that this Court has jurisdiction over Plaintiffs' claims.

7.      This paragraph consists of legal conclusions, which require no response.

8.      This paragraph consists of legal conclusions, which require no response.

9.      This paragraph consists of legal conclusions, which require no response. To the extent that a response is required, Defendants admit that venue is proper in this District.

10.     This paragraph consists of legal conclusions, which require no response.

**FACTUAL ALLEGATIONS**

11.     This paragraph consists of Plaintiff's characterization of the administrative record, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative record for a complete and accurate statement of its contents and any allegations inconsistent therewith.

12.     Defendants admit the first sentence except as to the phrase "as authorized by Congress under the CARES Act," which is a legal conclusion that requires no response. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

13.     Admit.

14.     Defendants aver that they received a copy of the denial decision on November 2, 2021, and otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15.     Defendants aver that they opened an official review of the denial decision on November 8, 2021, and otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18.     Defendants admit that they and the lender sent the referenced correspondences, which speak for themselves and are the best evidence of their contents. Defendants respectfully refer the Court to the referenced correspondences for a complete and accurate statement of their

contents and any allegations inconsistent therewith. This paragraph also characterizes a job posting, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the job posting for a complete and accurate statement of its contents and any allegations inconsistent therewith. Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. The final sentence of this paragraph contains legal conclusions, which require no response. To the extent a response is required, denied.

19.     The first sentence of this paragraph consists of legal conclusions, which require no response. Defendants admit that they sent the referenced letters, which speak for themselves and are the best evidence of their contents. Defendants respectfully refer the Court to the letters for a complete and accurate statement of their contents and any allegations inconsistent therewith.

20.     The first sentence of this paragraph consists of legal conclusions, which require no response. The remainder of this paragraph consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

21.     This paragraph consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

22.     The first sentence of this paragraph consists of legal conclusions, which require no response. The remainder of this paragraph consists of Plaintiff's characterization of its petition for reconsideration, which speaks for itself and is the best evidence of its contents. Defendants

respectfully refer the Court to the petition for a complete and accurate statement of its contents and any allegations inconsistent therewith.

23.    This paragraph consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

## Count I

### (To Vacate and Set Aside the Decision of SBA Pursuant to § 706 of the Administrative Procedure Act)

24.    Defendants reallege and reincorporate as if fully set forth herein their responses to paragraphs one through twenty-three.

25.    This paragraph consists of Plaintiff's characterization of a statute, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a complete and accurate statement of its contents and any allegations inconsistent therewith.

26.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

## SBA FAILED TO FOLLOW PROCEDURES REQUIRED BY LAW

27.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied. This paragraph also consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

28.     This paragraph consists of Plaintiff's characterization of a statute, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a complete and accurate statement of its contents and any allegations inconsistent therewith.

29.     This paragraph consists of Plaintiff's characterization of a regulation, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statement of its contents and any allegations inconsistent therewith.

30.     This paragraph consists of Plaintiff's characterization of a regulation, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statement of its contents and any allegations inconsistent therewith.

31.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

32.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

## SBA'S DECISION IS ARBITRARY, CAPRICIOUS AND AN ABUSE OF DISCRETION

33.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

34.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied. This paragraph also consists of Plaintiff's characterization of a regulation, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statement of its contents and any allegations inconsistent therewith.

35.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

36.     This paragraph and the corresponding footnote consist of legal conclusions, which require no response. To the extent a response is required, denied.

**SBA Did Not Find a Single Act of Unlawful Discrimination by NCF, thereby Failing the *McDonnell Douglas* Standard**

37.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied. This paragraph also consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

38.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied. This paragraph also consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

39.     This paragraph consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

40.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

**SBA Incorrectly Relies upon "Circumstantial and Indirect Evidence" to Prove that NCF Committed Discriminatory Acts**

41.    This paragraph consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

42.    This paragraph consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

43.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

44.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

45.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

**SBA Ignored NCF's Demonstration that It Did Not Practice Unlawful Discrimination**

46.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

47.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

48.    This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

49.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

50.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

## SBA'S DECISION IS CONTRARY TO CONSTITUTIONAL RIGHT, POWER, PRIVILEGE OR IMMUNITY

51.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

52.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

53.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

54.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

55.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

56.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

## SBA'S DECISION IS IN EXCESS OF STATUTORY AUTHORITY

57.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied. This paragraph also consists of Plaintiff's characterization of an administrative decision, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the administrative decision for a complete and accurate statement of its contents and any allegations inconsistent therewith.

58.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

## Count II

## (Declaratory Judgment)

59.     Defendants reallege and reincorporate as if fully set forth herein their responses to paragraphs one through fifty-eight.

60.     This paragraph consists of Plaintiff's characterization of a statute, which speaks for itself and is the best evidence of its contents. Defendants respectfully refer the Court to the statute for a complete and accurate statement of its contents and any allegations inconsistent therewith.

61.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

62.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

63.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

64.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

65.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

66.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

67.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

68.     This paragraph consists of Plaintiff's characterization of the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or any relief whatsoever.

## Count III

## (Injunctive Relief

69.     Defendants reallege and reincorporate as if fully set forth herein their responses to paragraphs one through sixty-eight.

70.     This paragraph consists of Plaintiff's characterization of the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or any relief whatsoever.

71.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

72.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

73.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

74.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

75.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

76.     This paragraph consists of Plaintiff's characterization of the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or any relief whatsoever.

## Count IV

### (Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act)

77.     Defendants reallege and reincorporate as if fully set forth herein their responses to paragraphs one through seventy-six.

78.     This paragraph consists of legal conclusions, which require no response. To the extent a response is required, denied.

79.     This paragraph consists of Plaintiff's characterization of the relief requested, which requires no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or any relief whatsoever.

### PRAYER FOR RELIEF

The remaining paragraphs consist of Plaintiff's prayer for relief, which require no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

*     *     *

In further response to the Complaint, Defendants raise the following defenses. Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation.

### First Defense

Sovereign immunity bars a portion of Plaintiff's requested relief.

### Second Defense

SBA's decision was the product of reasoned decision making, supported by record evidence, and consistent with the law.

<u>Third Defense</u>

Plaintiffs are neither eligible for nor entitled to attorneys' fees or costs.

Dated: September 6, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/_____
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*