UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEW CENTURY FOUNDATION,

    Plaintiff,

    v.

SMALL BUSINESS ADMINISTRATION, et al.,

    Defendants.

Civ. A. No. 24-1612 (TNM)

## JOINT STATEMENT

Pursuant to this Court's Order, ECF No. 19, Plaintiff New Century Foundation and Defendants Small Business Administration ("SBA") and SBA Administrator Isabella Casillas Guzman, by and through the undersigned counsel, respectfully file this Joint Statement. Because this action arises under the Administrative Procedure Act, 5 U.S.C. § 704, Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 are inapplicable. *See* LCvR 16.3(b). The parties propose the following briefing schedule to govern further proceedings:

| Filing | Date |
| --- | --- |
| Certified List of Contents of the Administrative Record | October 24, 2024 |
| Plaintiff's Motion for Summary Judgment | November 25, 2024 |
| Defendants' Response and Cross-Motion | December 27, 2024 |
| Plaintiff's Reply and Cross-Response | January 27, 2025 |
| Defendants' Cross-Reply | February 26, 2025 |
| Excerpts of the Administrative Record | March 28, 2025 |

Dated: September 23, 2024

/s/ Glen Allen
GLEN ALLEN
D.C. Bar No. 1013290
GLEN ALLEN LAW
5421 Springlake Way
Baltimore, MD 21212
(410) 802-6453
GlenAllenLaw@Protonmail.com

*Counsel for Plaintiff*

/s/ Charles H. Kennedy
CHARLES H. KENNEDY
D.C. Bar No. 461636
THE KENNEDY PRIVACY LAW FIRM
1050 30th Street, NW
Washington, DC 20007
(202) 450-0708
ckennedy@kennedyonprivacy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/_____
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*