UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION et al.,<br><br>Defendants. | Civil Action No. 24-1612 (TNM) |

**AMENDED CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1), Defendants Small Business Administration and Administrator Isabella Casillas Guzman, by and through undersigned counsel, respectfully file an amended certified list of the contents of the record of the administrative proceedings in this case. On November 13, 2024, counsel for Plaintiff New Century Foundation contacted counsel for Defendants stating that the administrative record was missing two documents: Plaintiff's petition for reconsideration, and the Administrative Law Judge's order denying that petition. Defendants agree that these materials belong in the record, and have revised the certified list accordingly.

\*   \*   \*

Dated: November 15, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

<u>/s/ Bradley G. Silverman</u>
BRADLEY G. SILVERMAN, DC Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendants*

**INDEX OF ADMINISTRATIVE RECORD**

| Beginning Bates Page No. | Document Title/Date |
|---|---|
| SBA000001 | 01. FLRD - 01.28.22 |
| SBA000003 | 02. Appeal - 01.28.22 |
| SBA000006 | 03. Notice and Order - 03.08.22 |
| SBA000008 | 04. Administrative Record - 03.28.22 |
| SBA000010 | 04. Administrative Record - 03.28.22 (Summary) |
| SBA000019 | 04. Administrative Record - 03.28.22 (Denial Justification Document – Term) |
| SBA000021 | 04. Administrative Record - 03.28.22 (New Century Foundation_Borrower Note) |
| SBA000036 | 04. Administrative Record - 03.28.22 (Denial Justification) |
| SBA000037 | 04. Administrative Record - 03.28.22 (2019 Form 990 Filled In-1) |
| SBA000038 | 04. Administrative Record - 03.28.22 (941 -Quarterly Federal Tax Return (Corporation) Q1) |
| SBA000040 | 04. Administrative Record - 03.28.22 (941 -Quarterly Federal Tax Return (Corporation) Q2) |
| SBA00042 | 04. Administrative Record - 03.28.22 ((941 -Quarterly Federal Tax Return (Corporation) Q3) |
| SBA00044 | 04. Administrative Record - 03.28.22 ((941 -Quarterly Federal Tax Return (Corporation) Q4) |

| | |
|---|---|
| SBA000046 | 04. Administrative Record - 03.28.22 (August2020Checking) |
| SBA000050 | 04. Administrative Record - 03.28.22 (Capital One Response to Response to SBA loan review request) |
| SBA000139 | 04. Administrative Record - 03.28.22 (Evidence of Payroll Effective 2-15-20) |
| SBA000141 | 04. Administrative Record - 03.28.22 (Form 941_Second_Quarter_2020) |
| SBA000147 | 04. Administrative Record - 03.28.22 (Form 941_Third_Quarter_2020) |
| SBA000150 | 04. Administrative Record - 03.28.22 (Georgia_August) |
| SBA000151 | 04. Administrative Record - 03.28.22 (Georgia_June) |
| SBA000152 | 04. Administrative Record - 03.28.22 (GeorgiaJuly) |
| SBA000153 | 04. Administrative Record - 03.28.22 (July2020Checking) |
| SBA000157 | 04. Administrative Record - 03.28.22 (June2020Checking) |
| SBA000161 | 04. Administrative Record - 03.28.22 (KY Declaration of Trust) |
| SBA000164 | 04. Administrative Record - 03.28.22 (NCF Letter to Capitol One) |
| SBA000166 | 04. Administrative Record - 03.28.22 (Virginia_August) |
| SBA000167 | 04. Administrative Record - 03.28.22 (Virginia_July) |
| SBA000168 | 04. Administrative Record - 03.28.22 (Virginia_June) |
| SBA000169 | 04. Administrative Record - 03.28.22 (WestVirginia_August) |
| SBA000170 | 04. Administrative Record - 03.28.22 (WestVirginia_July) |

| SBA000171 | 04. Administrative Record - 03.28.22 (WestVirginia_June) |
| SBA000172 | 04. Administrative Record - 03.28.22 (SBA Correspondence – All Documents, SBA Loan Review.pdf) |
| SBA000174 | 04. Administrative Record - 03.28.22 (SBA Correspondence – Request Clarification, SBA Loan Review.pdf) |
| SBA000177 | 04. Administrative Record - 03.28.22 (SBA Correspondence – Request Clarification, SBA Loan Review.pdf) |
| SBA000179 | 04. Administrative Record - 03.28.22 (SBA Form 2483, New Century Foundation_Borrower Application) |
| SBA000181 | 04. Administrative Record - 03.28.22 (SBA Form 3508S, PPP Forgiveness Application Form 3508S.pdf) |
| SBA000185 | 04. Administrative Record - 03.28.22 (NEW CENTURY FOUNDATION_Lender_s Transcript of Account) |
| SBA000187 | 04. Administrative Record - 03.28.22 DENIAL NOTICE 112621 |
| SBA000189 | 05. Decision - 06.16.22 |
| SBA000204 | 06. NCF Appeal of Adverse Decision |
| SBA000211 | 07. PFR Decision - 07.08.22 |
| SBA000233 | 08. PFR Decision Certificate of Service - 07.08.22 |