UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 24-1612 (TNM)<br>THE UNITED STATES SMALL BUSINESS )<br>ADMINISTRATION, *et al.,* ) Hon. Trevor N. McFadden<br>)<br>Defendants. )<br>_____ ) | |

## ORDER

Plaintiff New Century ("NCF") has filed a motion requesting that this Court enter summary judgment in its favor in this action. That motion having been fully briefed by the parties and this Court having given due consideration to those submissions, IT IS HEREBY ORDERED:

That the orders of the Small Business Administration ("SBA") denying forgiveness of a loan granted to NCF be vacated and set aside as arbitrary, capricious, an abuse of discretion, in excess of statutory authority and otherwise contrary to the requirements of the Administrative Procedure Act.

That a declaratory judgment is hereby ENTERED, finding: (1) that SBA failed to offer any factual support for its finding that NCF practiced unlawful discrimination; (2) that SBA unlawfully relied upon so-called circumstantial and indirect evidence when it found that NCF had engaged in discrimination; (3) that SBA arbitrarily ignored NCF's factual demonstration that NCF did not practice unlawful discrimination; (4) that SBA's denial of forgiveness of NCF's

loan is contrary to constitutional right, power, privilege or immunity; and (5) that SBA's denial of forgiveness of NCF's loan exceeded SBA's statutory authority.

That a permanent injunction is ENTERED, prohibiting any further efforts to collect amounts supposedly due under NCF's loan, and directing a full refund of any amounts paid by NCF under that loan, plus interest as permitted by law;

That SBA's position in the matter is not substantially justified, and that NCF is entitled to an award of its attorney's fees and costs for maintaining this action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, pursuant to a motion to be filed by NCF at the appropriate time.

Date:                                                                    *Trevor N. McFadden*
                                                                          Trevor N. McFadden
                                                                          United States District Judge