UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-1612 (TNM) |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants Small Business Administration and Administrator Isabella Casillas Guzman, by and through the undersigned counsel, respectfully cross-move for summary judgment. A memorandum of points and authorities in support and proposed order are attached.

Dated: December 27, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:　　　　*/s/ Bradley G. Silverman*
　　　BRADLEY G. SILVERMAN, D.C. Bar #1531664
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202) 252-2575
　　　bradley.silverman@usdoj.gov

*Attorneys for the United States of America*