UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-1612 (SLS)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF EXCERPT OF THE ADMINISTRATIVE RECORD**

Pursuant to the Court's September 24, 2024, Minute Order and Local Civil Rule 7(n), the parties have prepared and herewith submit an excerpt of the administrative record cited in the parties' memoranda in support of and in opposition to the parties' substantive motions. A chart summarizing the applicable portions of the administrative record is attached.

Dated: March 28, 2025

*/s/* Charles H. Kennedy
CHARLES H. KENNEDY
D.C. Bar No. 461636
THE KENNEDY PRIVACY LAW FIRM
1050 30TH Street, NW
Washington, DC 20007
(202) 450-0708
ckennedy@kennedyonprivacy.com
*Counsel for Plaintiff*

*/s/* Glen Allen
GLEN ALLEN
D.C. Bar No. 1013290
GLEN ALLEN LAW
5423 Springlake Way
Baltimore, MD 21212
(410) 802-6453
GlenAllenLaw@Protonmail.com
*Counsel for Plaintiff*

*New Century Foundation v. The United States Small Business Administration, et al.,*
*No. 24-1612 (SLS)*

**PORTIONS OF THE ADMINISTRATIVE RECORD**
**CITED IN THE PARTIES' MEMORANDA**

| AR No. | Document Description |
|---|---|
| AR 1-2 | Paycheck Protection Program Final SBA Loan Review Decision, Dec. 29, 2021 |
| AR 4-5 | Notice and Order, United States Small Business Administration Office of Hearings and Appeals, March 8, 2022 |
| AR 10-18 | SBA Loan Review Summary, March 25, 2022 |
| AR 50-138 | Letter from Capital One to Small Business Administration, Dec. 14, 2021, with Exhibits |
| AR 164-165 | Letter from Kennedy Privacy Law Firm to R. Fairbank, Chairman and CEO, Capital One Financial Corp., Nov. 5, 2021 |
| AR 172-173 | Letter from Small Business Administration to R. Smith, Capital One, Nov. 8, 2021 |
| AR 174-176 | Letter from Small Business Administration to P. Smith, Capital One, Nov. 26, 2021 |
| AR 177-178 | Letter from Small Business Administration to P. Smith, Capital One, Dec. 15, 2021 |
| AR 179-183 | Paycheck Protection Program Borrower Application Form, undated |
| AR 189-203 | Small Business Administration Office of Hearings and Appeals, Denial of Appeal, June 16, 2022 |
| AR 204-211 | Request for Reconsideration of Office of Hearings and Appeals Decision, undated |
| AR 212-233 | Office of Hearings and Appeals Denial of Petition for Reconsideration, July 8, 2022 |
| AR 21 | Paycheck Protection Loan |
| AR 1 | SBA determination of New Century's Loan Ineligibility for Loan Forgiveness |

| AR 3 | New Century appeal of SBA's adverse determination |
|---|---|
| AR 189 | ALJ's affirmation of SBA's Ineligibility Determination |
| AR 199 | ALJ's statement on New Century's Support of Discrimination |
| AR 212 | ALJ's Denial of New Century's petition for a Request for Reconsideration |
| AR 216 | ALJ's Order Denying Reconsideration |
| AR 84 - 85 | New Century's Founder Jared Taylors Speech delivered to American Renaissance Conference and published in the Magazine. |
| AR 60 | American Renaissance Publication *The Color of Crime* |
| AR 128 | American Renaissance Article |
| AR 73 | American Renaissance Article *Our Issues* |
| AR 76 | American Renaissance Article |
| AR 78 | Discussion of and including a picture of American Renaissance Article *Integration has Failed* |
| AR 94-95 | 2003 American Renaissance Article |
| AR 98 | 2003 American Renaissance Article |
| AR 105 | 2003 American Renaissance Article |
| AR 107 | 2003 American Renaissance Article |
| AR 53 | American Renaissance's Website |
| AR 57 | American Renaissance Website Article |
| AR 54&58 | American Renaissance Website Link to "A Dissident's Gide to Blacks and Africa." |
| AR 54&59 | American Renaissance Website Link to website "WhiteDate.net" |
| AR 70-71 | American Renaissance Article *Race, Crime, and Numbers* |
| AR 56-57 | New Century Job Posting on New Century Website |
| AR 209 | New Century's Assertion that Roja writes as Chris Roberts |

| | |
|---|---|
| AR 86 | American Renaissance Article |
| AR 36 | Capital One Denial of Loan Forgiveness, Nov. 1, 2021 |
| AR 172-178 | SBA Informational Requests to Capital One |
| AR 50-138 | Capital One letter to SBA explaining denial of loan forgiveness |
| AR 63 | Capital One reference to New Century Foundation job posting |
| AR 3, 4, 205 | New Century Foundation statement that references to job posting were deleted |
| AR 193 | SBA claim that New Century Foundation discriminates in access to facilities |
| AR 4 | New Century Foundation statement that no one is prevented from registering for American Renaissance conferences |
| AR 193-194 | New Century Foundation articles regarding freedom of association and discrimination |
| AR 199 | SBA finding that job posting "appears" to be discriminatory |
| AR 205-206 | NARAL Pro-Choice America job posting |
| AR 206 | SPLC and ADL job postings |
| AR 206 | American Renaissance articles written by persons of color |
| AR 209-211 | References to Hispanic employee of New Century Foundation |
| AR 193 | Reference to SBA Standard Operating Procedures |
| AR198 | SBA references to 15 U.S.C. § 636(a)(37)(D)(III)(aa) |
| AR 202 | SBA reference to limits on power of administrative law judges |
| AR 4 | New Century Foundation statement that its job search ended in 2017 |
| AR 205-206 | New Century Foundation statement that it has conducted no job search after 2017 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date, he filed this Notice of Filing of Excerpt of the Administrative Record with the CM/ECF system, which constitutes service upon all parties pursuant to LCvR 5.4(d).

Dated: March 28, 2025

>   */s/* Charles H. Kennedy
>   CHARLES H. KENNEDY
>   D.C. Bar No. 461636