## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEW CENTURY FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 24-1612 (TNM) |
| THE UNITED STATES SMALL BUSINESS | ) | |
| ADMINISTRATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

On July 2, 2025, this Court directed the parties to this case to appear for oral argument at 10:30 a.m. on July 15, 2025.

The undersigned Charles H. Kennedy, counsel for Plaintiff, was in Alaska when the Court's minute order was entered, and has been preparing since to conduct oral argument for the Plaintiff as directed. However, on July 13, 2025, Mr. Kennedy became ill and reported to a Mary Washington University Urgent Care Center, where he was diagnosed with Covid. Accordingly, the undersigned will be unable to appear for oral argument as schedule.

Glen Allen, Plaintiff's co-counsel, also is indisposed with health issues for the immediate future and will be unable to attend oral argument on July 15, 2025.

Plaintiff therefore requests that oral argument in this case be postponed for at least two weeks. Defendants' counsel have advised the undersigned that they do not oppose this motion.

Dated: July 14, 2025

*/s/* Charles H. Kennedy
CHARLES H. KENNEDY
D.C. Bar No. 461636
THE KENNEDY PRIVACY LAW FIRM
1050 30TH Street, NW
Washington, DC 20007

(202) 450-0708
ckennedy@kennedyonprivacy.com
*Counsel for Plaintiff*

<u>*/s/* Glen Allen</u>
GLEN ALLEN
D.C. Bar No. 1013290
GLEN ALLEN LAW
5423 Springlake Way
Baltimore, MD 21212
(410) 802-6453
GlenAllenLaw@Protonmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date, he filed this Motion for Summary Judgment with the CM/ECF system, which constitutes service upon all parties pursuant to LCvR 5.4(d).

Dated: July 14, 2025

/s/ Charles H. Kennedy
CHARLES H. KENNEDY
D.C. Bar No. 461636