UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>   Plaintiff,<br><br>  v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>   Defendants. | Civil Action No. 24-1612 (SLS) |

**DEFENDANT'S CONSENT MOTION TO HOLD PLAINTIFF'S EAJA MOTION <u>IN ABEYANCE</u>**

  Defendant, by and through undersigned counsel, respectfully requests that this Court hold Plaintiff's Motion for Fees and Costs under the Equal Access to Justice Act ("EAJA Motion") in abeyance and permit the parties to submit a joint status report every sixty days. Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with Plaintiff's counsel, who consents. A proposed order is attached.

  Good cause to grant the relief requested exists. Following Plaintiff's filing of the EAJA motion, Defendant has been exploring whether this matter may be resolved on a global level, which could address the agency's action on remand and Plaintiff's request for fees and costs. In so doing, Defendant must engage in administrative processes and steps, which requires additional information from Plaintiff; that administrative process remains ongoing. Holding the EAJA motion in abeyance and allowing the parties to explore resolution with conserve time and resources of both the parties and the Court.

  The parties agree to submit a joint status report every 60 days to advise the Court of developments and whether the parties have been able to resolve the outstanding issues. Should the

parties reach the point of not being able to resolve the EAJA motion, the parties will request that the Court reopen the proceedings and propose a briefing schedule moving forward.

Accordingly, Defendant requests that the Court grant this motion and hold Plaintiff's EAJA motion in abeyance.

Dated: February 20, 2026	Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:	  /s/ Dhruman Y. Sampat  
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW CENTURY FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-1612 (SLS) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to file response to Plaintiff's motion for costs and fees, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that Plaintiff's EAJA motion is held in abeyance;

ORDERED that the parties will submit joint status reports every sixty days.

SO ORDERED.

_____ 　　　　_____
Dated 　　　　　　　　　　　　　　　　　　　SPARKLE L. SOOKNANAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge